# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA G. C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. 5:18-cv-00085-CAS-PD <br><br> **JUDGMENT [JS-6]** |

Pursuant to the Court's Order of Remand,

IT IS HEREBY ADJUDGED that this matter is Remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: July 11, 2024

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.